# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00725-CV

**Juan Enriquez, Appellant**

**v.**

**The Honorable Rhonda Hurley et al., Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-GN-06-001219, HONORABLE RHONDA HURLEY, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Juan Enriquez has filed an unopposed motion to dismiss this appeal, asserting that it is a duplicate of his appeal in case number 03-10-00017-CV.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:  May 27, 2010